16182.   HENDERSON *v.* NATIONAL BANK OF WILKES.

There being evidence in support of the verdict, it was not error to overrule the motion for a new trial, the only ground relied on being as to the sufficiency of the evidence.

DECIDED MAY 14, 1925.

Levy and claim; from Wilkes superior court—Judge Shurley. December 4, 1924.

*Colley & Colley, F. W. Gilbert,* for plaintiff in error.

*Clement E. Sutton,* contra.

LUKE, J. The sole contention of the plaintiff in error is that the verdict was not authorized by the evidence. Upon conflicting evidence the jury, as was their province, decided the issue of fact against the claimant. The verdict being supported by evidence, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*